■ In the Matter of MISTY S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 2.) [955 NYS2d 902]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of SHAUNDRA D., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 3.) [955 NYS2d 902]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of GENA S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. JACQUELINE M. GRASSO, Esq., Attorney for the Child, Appellant. (Appeal No. 4.) [955 NYS2d 781]

Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of MISTY S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 5.) [955 NYS2d 781]